THE HON. ROBERT J. BRYAN

FILED ____ LODGED
____ RECEIVED

NOV 20 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Donald L. English as Litigation Guardian ad Litem for S.M.H. and Z.M.H., minor children,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES; JANE DOES AND JOHN DOES 1-10, individually and acting under color of state law; JANE DOES AND JOHN DOES 11-20, as agents of the State of Washington and/or Washington State Department of Social and Health Services, and JAMES HARVEY POSEY and WINNIFRED POSEY, and their marital community,<br><br>Defendants. | Case No.: C08 5173 RJB<br><br>STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR THE DISCLOSURE OF EXPERT TESTIMONY |

COME NOW the parties, by and through their respective counsel, James S. Rogers, attorney for Plaintiffs, and Robert M. McKenna, Attorney General, and John K. McIlhenny, Jr., Assistant Attorney General, attorneys for Defendants State of Washington, Department of Social and Health Services, and hereby agree and stipulate that the deadline for the Disclosure of Expert Testimony

STIPULATION AND ORDER TO CONTINUE THE
DEADLINE FOR THE DISCLOSURE OF EXPERT
TESTIMONY (CASE NO.: C08 5173 RJB) - 1

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Ave., Suite 500
Seattle, WA 98101
(206) 621-8525 Phone
(206) 223-8224 Fax

under FRCP 26 (a)(2), currently due for service by the parties on Friday, November 28, 2008, shall be continued until December 12, 2008.

Dated 19 Nov. 2008

LAW OFFICES OF JAMES S. ROGERS

*[signature]*

JAMES S. ROGERS, WSBA #5335
WILLIAM H. WAECHTER, WSBA # 20602
Attorneys for Plaintiff
1500 Fourth Avenue, Suite 500
Seattle, WA 98101
206-621-8525

Dated 19 Nov. 2008

ROBERT M. MCKENNA
Attorney General of Washington

*[signature]*

JOHN K. MCILHENNY, JR., WSBA #32195
Attorney for State Defendant
7141 Cleanwater Drive SW
PO Box 40126
Olympia WA 98594
360-586-6300

ORDER

Pursuant to the foregoing Stipulation between parties, it is hereby

ORDERED that the deadline for the Disclosure of Expert Testimony under FRCP 26 (a)(2), currently due for service by the parties on Friday, November 28, 2008, shall be continued

STIPULATION AND ORDER TO CONTINUE THE
DEADLINE FOR THE DISCLOSURE OF EXPERT
TESTIMONY (CASE NO.: C08 5173 RJB ) - 2

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Ave., Suite 500
Seattle, WA 98101
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*

until December 12, 2008.

DONE IN OPEN COURT this 20 day of Nov, 2008.

　　　　　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　　　　　HON. ROBERT J. BRYAN

Presented by:

THE LAW OFFICES OF JAMES S. ROGERS

/s/ William Waechter
JAMES S. ROGERS, WSBA #5335
WILLIAM H. WAECHTER, WSBA #20602
Attorney for Plaintiff
1500 Fourth Avenue, Suite 500
Seattle, WA 98101
206-621-8525


Copy received;
Notice of presentation waived:

ROBERT M. MCKENNA
Attorney General of Washington


/s/ John K. McIlhenny, Jr.
JOHN K. MCILHENNY, JR., WSBA #32105
Assistant Attorney General
Attorney for State Defendant
7141 Cleanwater Drive SW
PO Box 40126
Olympia WA 98594
360-586-6300

STIPULATION AND ORDER TO CONTINUE THE
DEADLINE FOR THE DISCLOSURE OF EXPERT
TESTIMONY (CASE NO.: C08 5173 RJB ) - 3

LAW OFFICES OF
JAMES S. ROGERS
1500 Fourth Ave., Suite 500
Seattle, WA 98101
(206) 621-8525 *Phone*
(206) 223-8224 *Fax*